# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131037

AFSCME COUNCIL 25, AFSCME LOCAL
41, and JAMES FULLER,
      Plaintiffs-Appellees,

and

ANNIERLY COOPER and SADIE ADAMS,
      Plaintiffs,

v

CITY OF HIGHLAND PARK,
      Defendant-Appellant.

SC: 131037
COA: 257680
Wayne CC: 02-228994-CL

_____/

      On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

d0724